UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THURMAN SHERRILL,<br><br>    Petitioner,<br><br>v.<br><br>PATRICK GLEBE,<br><br>    Respondent. | Case No. C09-5566RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The court adopts the Report and Recommendation;

(2) Petitioner's motion is DISMISSED;

(3) The Clerk is directed to send copies of this Order to petitioner and to the Hon. J. Richard Creatura.

DATED this 19th day of October, 2009.

_____
Robert J. Bryan
United States District Judge

ORDER
Page - 1