# United States District Court
WESTERN DISTRICT OF WASHINGTON

THURMAN SHERRILL

v.

PATRICK GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5566RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petitioner's Motion to Expand the Record/and Motion for an Evidentiary Hearing: Pursuant to Habeas Rule 7(a)(b) and 8(a) (Dkt. 23) is **DENIED**. The Report and Recommendation of the Magistrate Judge (Dkt. 21) is **ADOPTED**. The petition for writ of habeas corpus is **DENIED**. A Certificate of Appealability is **DENIED.**

| | |
|---|---|
| June 2, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |